JFD:rlr
AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 20-mj-681 TNL |
| SHADOR TOMMIE CORTEZ JACKSON | |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about August 26, 2020, in Hennepin County, in the State and District of Minnesota, defendant Shador Tommie Cortez Jackson maliciously set a fire inside Target Corporation's corporate headquarters building, located at 1000 Nicollet Mall, Minneapolis, Minnesota, a building used in interstate and foreign commerce and in activities affecting interstate and foreign commerce,

in violation of Title 18, United States Code, Section(s) 844(i).

I further state that I am a(n) Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

*Complainant's signature*

SUBSCRIBED and SWORN before me
by reliable electronic means via FaceTime and email
pursuant to Fed. R. Crim. P. 41(d)(3).

Sara Thomas, Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives
*Printed name and title*

Date: September 10, 2020

*Judge's Signature*

City and State: Minneapolis, MN

The Honorable Tony N. Leung
United States Magistrate Judge
*Printed Name and Title*