# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Shador Tommie Cortez Jackson, )<br>Defendant. )<br>) | **COURT MINUTES - CRIMINAL**<br>BEFORE:  Elizabeth Cowan Wright<br>U.S. Magistrate Judge<br><br>Case No:           20-mj-681 TNL<br>Date:                 September 16, 2020<br>Court Reporter:  Tim Willette<br>Video Conference<br>Time Commenced:   10:31 a.m.<br>Time Concluded:     10:52 a.m.<br>Time in Court:         21 minutes |

X **PRELIMINARY/DETENTION HRG**
   Time in Court Prelim/Det: 4 minutes/ 17 minutes

## APPEARANCES:

Plaintiff: Chelsea Walcker and John Docherty, Assistant U.S. Attorneys
Defendant:  Craig Cascarano,
            X CJA

On     X Complaint

X Deft Ordered Detained - Govt to submit proposed order

X Probable cause found. Deft bound over to District Court of Minnesota


Additional Information:

X Defendant consents to this hearing via video conference.

Defendant waives the preliminary hearing.

                                                                                 s/SAE
                                                      Signature of Courtroom Deputy