UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 20-mj-681 (TNL)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHADOR TOMMIE CORTEZ JACKSON,

    Defendant.

**ORDER GRANTING JOINT MOTION FOR CONTINUANCE AND EXCLUSION OF TIME**

This matter came before the Court on the parties' joint motion for a continuance and exclusion of time under the Speedy Trial Act. (*See* Docket No. 14.) Having reviewed the motion, and the files and records herein, and finding that good cause has been shown,

**IT IS HEREBY ORDERED** that the joint motion (Docket No. [14]) is **GRANTED** as follows:

1.    Pursuant to 18 U.S.C. § 3161(h)(7), the Court finds that good cause has been shown to grant such a continuance and that such a continuance best serves the ends of justice. The Court specifically finds that the parties are justified in needing an additional 30 days to make adequate factual inquiry into the discovery in this matter and discuss potential resolution of Mr. Jackson's case. The Court further finds that the ends of justice outweigh the interests of the public and Mr. Jackson in a speedy trial. Accordingly, the period of time from **October 10, 2020**, the original date by which an indictment or information needed to be filed, through **November 9,**

2

**2020**, the new date by which an indictment or information must be filed, shall be excluded from the Speedy Trial Act computations in this case.

Dated:   October 6, 2020

*s/ David T. Schultz*
Honorable David T. Schultz
United States Magistrate Judge
