UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 20-mj-681 (TNL)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SHADOR TOMMIE CORTEZ JACKSON,

        Defendant.

**ORDER GRANTING SECOND JOINT MOTION FOR CONTINUANCE AND EXCLUSION OF TIME**

This matter came before the Court on the parties' second joint motion for a continuance and exclusion of time under the Speedy Trial Act. (*See* Docket No. 16.) Having reviewed the motion, and the files and records herein, and finding that good cause has been shown,

**IT IS HEREBY ORDERED** that the second joint motion (Docket No. 16) is **GRANTED** as follows:

1. Pursuant to 18 U.S.C. § 3161(h)(7), the Court finds that good cause has been shown to grant such a continuance and that such a continuance best serves the ends of justice. The Court specifically finds that the parties are justified in needing an additional 45 days to make adequate factual inquiry into the discovery in this matter and discuss a potential resolution of Mr. Jackson's case. The Court further finds that the ends of justice outweigh the interests of the public and Mr. Jackson in a speedy trial. Accordingly, the period of time from **November 9, 2020**, the current date by which an indictment or information need to be filed, through **December 24,**

**2020**, the new date by which an indictment or information must be filed, shall be excluded from the Speedy Trial Act computations in this case.

Dated:   November 2, 2020

_____
Honorable Becky R. Thorson
United States Magistrate Judge